

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00170-CR

Richard **DEBENEDETTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1486
Honorable N. Keith Williams, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Steven A. Wadsworth                               Patrick Edwin O'Fiel
Assistant District Attorney - 216th Judicial District  The Law Office of Patrick O'Fiel, P.C.
200 Earl Garrett St., Suite 202                        The Schreiner Building
Kerrville, TX 78028                                     200 Earl Garrett, Suite 206
                                                       Kerrville, TX 78028